UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL RIGHTS COMPLAINT

Lisa Pasqualucc

DEC 18 2019 PM 1:28
FILED-USDC-CT-HARTFORD

_____
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Federal Communications Commission - china
RCA TV - radio - media AM/FM/XM satellite GPS - Glaxosmithkline - GKN aerospace
Department of Agriculture - Stanley St. New Britain - FDA - food + drug administration -
EPA environmental protection Dwight St. New Britain - Guacomole = Avocado pits - chestnuts
Global Communications phone - email - satellites - product of china - Impriya/Subaru
Artifical Intelligence satellites - and cars fuel injection - Sandyn
BET/ESPN I II III etc  All networks
                                                            whitecarrots
Green Giant B+G Foods Inc Parsippany NJ (parsnips)
B+M Baked Beans Burham + Morrill, A division of B+G Foods Inc.
                                                            Portland ME 04103

Case No. 3.19CV1984 JAM
(To be supplied by the court)

Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

A. PARTIES

1. Lisa Pasqualucc is a citizen of United States who
   (Plaintiff)                                    (State)
presently resides at 175 Tremont St Newington CT 06111
                     (mailing address)

2. Defendant _____ is a citizen of _____
              (name of first defendant)                  (State)

whose address is _____

and who is employed as _____
                        (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes _X_ No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant _____ is a citizen of _____
             (name of second defendant)                                    (State)

whose address is _____

and who is employed as _____ ;
                        (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes _X_ No. If your answer is "Yes," briefly explain:

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

    _____   42 U.S.C. § 1983 (applies to state defendants)

    ___X___   **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

Home security breached using for echelon - musculature - feeds + fiche to other divisions - archives - beehive bridge - (nipsic) rd glastonbury 12 Mountain View West Hartford, Bollywood/Dubai United Arab Emirates (epipen) Erin Stewart 51 Tremont Seguros - + Para - 168 Brookfield Dr. Newington CT - eldole - avengement Malloy Murphy 157 Cole media - work environments Jw.org - stolen funds. Tremont St. Newington - Ellie Perez Hartford Mayor - Impreza Subaru - 179/169 Schaller Cars - Stevens Worldly Wheel Stephen Auto Mall Bristol Rose Perez - (Rose's laundry - Rte 44/Bristol - 60 Dobek - Sabridee Bristol Impreza Cars Yolanda Sanchez - sister's guy - 7428 Henson Forest Dr Summerfield NC / 6320 Blue Aster Terr Summerfield NC Lori

## C. NATURE OF THE CASE

BRIEFLY state the background of your case. Breach of security use for film, media, books, movies, restaurants - 15+ years working hi-tec. Probable cause for DNA tests @ 6310 blue aster Summerfield NC / 7428 Henson Forest Dr Summerfield NC Farmington Ave Kensington RV - Laura Deschenes MSC Industrial Supply - Frontage St Berlin / + Patty + Luz + Rose Mary 50 Inwood St Rocky Hill / Milford CT... Middletown CVH - Obama/Biden/Oprah - 49 Lyman St Edyta - Greg - Project Runway Rte 10 Farmington - 1125r Arbutus St Durham Starbucks/Frontage St Berlin Cable - 172 Tremont St Newington - 1712 Farmington Ave Farmington CT - Harrisburg PA / Hershey Gale Gardner

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Hospitals (anti-trust) Education - Simulation Innovation 85 Jefferson St. Hartford + Grec Slater Rd New Britain / Pinnacle - Pinnacle Foods - Elmwood St. Mary's Waterbury Park NB Polamer Slater Rd New Britain Property w/ Pinnacle Campers
★ Satellite equipment does not mesh w/ electromagnetic currents body

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

1) In home invasion
2) Clitoris removed 60, 62, 64 horseplain Rd New Britain 2017 (ESPN - Bristol - live stream satellite feed)
3) 12 Mountain View West Hartford Blue Back Square / Bollywood
4) Houses on my street rented, leased, caretakers increased illegals
5) Pell Pell Farms - Southington to Driscolls Strawberries - Kingdom Life Milford Darryl Strawberry Phil Driscoll - Gale Gardner
6) Mexican illegals re farming / Migrants - Charlize Theron #321 Tremont St Newington CT Cider House Rules National Velvet
7) Five Below / Slaughter House Five WWE - WWF wrestling Mickey Rooney Mickey Rourke Low Blo Bee - Applebees Beehive Bridge New Britain Webster/TD North / American Savings Clinton - Obama's Biden - stole Stunadyne Windsor and family money - Michael + Ann Perrin - 399 Middle Rd Frances Cicchero - Lou + Ann Pasqualucci Zephyrhills FL 98 Centerville St Barkhamsted CT Colonial Fuel + Barkhamsted Fuel - Jayne + Richard Hunger 202/219 - Dakota + Consumer Carpet Rte 44 Avon New Hartford - Nephew

**Claim II:** Yard Goats, Yankee Stadium, Bees new locations and Construction of Rte 372 Cromwell Rte 75 Liberty/CVS- Fabric Place into a Price Rite (remodel)

**Supporting Facts:** My mother was killed @ New Britain General to Hospital of Central Connecticut Bray cancer no longer there Sloan was brought into CT thru antitrust/monopolization - Leah Stroman on Obama Oprah 76 Bramble brae S. Windsor / Tiger Woods - Elin Nordgren - Nordstroom Storm door (Rogers Sash Door being eliminated) Cole Media - Cherry Blossoms up her arm @ high tech work environment Alexander Dr Wallingford CT. 9E 200 East 15th St. NY NY rent control (Bollywood illegals + Arab movement into US - illegally - Muellers Fake news - Russian hoax - Ukranian hoax Zeljan - Zolenski - Zelniak market broad St New Britain - #90 John Wozniak w/ columns that match Sloan location -

**Claim III:** Closed DBGYN 136 retreat St. Our lady of Calvary retreat Farmington + Tres Dias Gale Gardiner / Thomaston - Laura Medina #35 Redrock Newington CT 709 JZW 970 JZW to Anyplate + change of vehicle same for Sue Austin 379 JER to 790 JZW 907 JZW

**Supporting Facts:** Anyplate new vehicle 198 Tremont. 191 Tremont New Britain paying for landscaping - Guida Stanley Dwight or Evin Stewart is Crae Lionel nation, car nation, ticket nation, savage nation - Savage Bill JW.org/Acthrg Covenant church - 911 Manchester Rd Glastonbury CT + Covenant church in Plainville 176 White Oak Plainville - Central Landscaping - Berlin CT - 11/19/19 assaulted on 41 Bus Kristyn Mari Seuffert 121 Dwight St New Britain Regina Sitaru 103 105 Glen St New Britain CT  SIE on milk trucks to SIE Dong Market /Shield St Elmwood - Price Rite there too. Construction workers 9 lydale Meriden - Sue Winchell - ex husband Construction - involved in other construction projects - 21 Jefferson St Wethersfield New Port RI - Beacon St. Newington Ct on purpose smash crash 2/2016 @ 1333 Main St Newington - 1306/1307 Main St

### E. REQUEST FOR RELIEF

I request the following relief: money from investments MCI World com etc — World Trade Center Assets put back to my family not minors — sit here press this button + how minors have identity theft problems — Math Codes for Life re: 5G — 100G+++

### F. JURY DEMAND

Do you wish to have a jury trial?   Yes _____   No _____   If needed

_____    *Lisa Pasqualucci*
Original signature of attorney (if any)   **Plaintiff's Original Signature**

_____    Lisa Pasqualucci
Printed Name                      Printed Name

( )  _____    (860) 656 4914  175 Tremont St. Newington CT 06111
Attorney's full address and telephone   Plaintiff's full address and telephone

_____    (not used) rosie7@gmail.com
Email address if available        Email address if available

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  450 Main St Federal Court    on  12/18/2019
             (location)                       (date)

*Lisa Pasqualucci*
**Plaintiff's Original Signature**

(Rev. 3/21/16)

5